**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ISAAC PARDO,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MECUM AUCTIONS, INC., et al.,** | : | |
| **Defendants.** | : | **NO. 11-5590** |

## ORDER

AND NOW, this 17th day of September, 2012, upon consideration of Defendant Mecum Auction, Inc.'s ("Mecum") Motion to Dismiss (Docket No. 6) and Defendant National Corvette Restorers Society, Inc.'s ("NCRS") Motions to Dismiss and Transfer Venue (Docket No. 3), the Plaintiff's Response thereto (Docket Nos. 9-10), Mecum's Reply in Support of its Motion (Docket No. 11), and the Plaintiff's Sur-Reply thereto (Docket No. 12), it is hereby ORDERED that Mecum's Motion to Dismiss is GRANTED, and that the NCRS Motions to Dismiss and Transfer Venue are GRANTED IN PART AND DENIED IN PART. The Clerk of Court is instructed to remove Mecum as a defendant from this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to TRANSFER this action with respect to the remaining parties to the United States District Court for the Northern District of Illinois and mark the action here in the Eastern District of Pennsylvania as closed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE